## DAILY: WORK *INVOICE*

| Date | Address/Unit | Problem/Solution / LDG<br>"Brief Description Each Day" / DAILY | Hours START | END |
|---|---|---|---|---|
| 3-26 | Wales | Hired John | 9 am | 1 pm — 4 |
| 3-21 | Lynch | Met w/ John, helped him do repairs, install toilet seat + shower rod on Lynch street | 10 am | 4 pm — 6 |
| 3-22 | | Shoveled snow from driveways (assigned Charlie) (DF) | 7:30 am | 4 pm — 1/2 |
| 3-24 | Lynch | Installed and made repairs at Lynch street, showed John at complex. Cleaned and helped him at complex | 8:30 am | 2:30 pm — 6 |
| 3-25 | | Met with Electroltene, replaced refrigerator in (SGT) — cleaned + painted | 7:00 am | 1:00 pm — 6 |
| 3-26 | | Met with new tenant @ 507, made repairs at Lynch street tenant moved out from complex to office. Inspected 508 | 8:00 am | 1:30 pm — 5 1/2 |

Date 3-27-08 Total Hours 29 1/2 Name Christopher Butts

4900 = 2300

CK#1200
3-27-08
232 00

Lynch 96
Wales 100
York 36

D00549

# DAILY: WORK *INVOICE*

| Date | Address/Unit | Problem/Solution / LDG "Brief Description Each Day" / DAILY | | Hours | |
|---|---|---|---|---|---|
| | | | | START | END |
| 3-27-08 | 50 Q | Home Depot for supplies, 50Q inspection/cleaned gym/cleaned apartment | 5 | 9 am | 2 pm |
| | | | 1 | 5 | 6 pm |
| 3-28-08 | 88 F | Cleaned laundry rooms and hallways fixed heater in 88F. Walked around complex | 6.5 | 7 | 1:30 pm |
| | | | 3 | 2 | 5 pm |
| 3-29-08 | | Picked up trash around complex | 2 | 3 | 5 pm |
| 3-31-08 | 88 I  44-O | Checked lock in apt. 88I / Cleaned in apt 44-O carpet etc. Walked around complex | 1 | 3 | 4 pm |
| | | | 5 | 9 | 2 pm |
| 4-1-08 | 16-G  16-K | met with carpet installers inspected 16 K and secured keys. Removed trash and cleaned 16 G | 4.5 | 9:30 | 2 pm |
| | | | 4 | 4 | 8 pm |
| 4-2-08 | 16-G | inspected 16 G with gym and made to do list. Wrote report for install. Took supplies to them met civilian matier, helped bank remove boxes from apt. | 4.5 | 9:30 | 2 pm |
| | Waldo300 York 92 | | | | |

$800  $293.00

Date 4-3-08 Total Hours 36.5 × _____ Name Christopher Nylor _____

CK #1227
4-3-08
$293.00

# DAILY: WORK *INVOICE*

## Problem/Solution / LDG
### "Brief Description Each Day" / DAILY

| Date | Address/Unit | | Hours | | | |
|---|---|---|---|---|---|---|
| | | | START | | END | |
| 4-3 | | Cleaned and worked around complex | 9 | AM | 2 | PM |
| 4-4 | | Home depot for supplies, worked around complex. Fixed bathtub in 44T | 8 | AM | 3 | PM |
| 4-7 | | Painting and repairing 16K installed new bathroom exhaust fan in 50Q cleaned and checked AC unit | 9 | AM | 3 | PM |
| | | | 4 | PM | 7 | PM |
| 4-8 | | Painting 16K, removed loan from house in canton worked around complex. | 7 | AM | 2 | PM |
| | | | 9 | AM | 10 | PM |
| 4-9 | | Worked around complex 44 O Carpet cleaned 16K and 20G | 8:30 | AM | 1:30 | PM |
| | | Wales 180.00 | | | | |
| | | york 90.00 | | | | |

$272.00

Date 4-10-08 Total Hours 34 × 8.00 Name Christopher _____
D00552

# DAILY: WORK */INVOICE*

## Problem/Solution / LDG
### "Brief Description Each Day" / DAILY

| Date | Address/Unit | Description | | Hours Start | End | | | | | | | | | |
|------|--------------|-------------|--|-------------|-----|--|--|--|--|--|--|--|--|--|
| 4-10 | | Picked up trash around complex, showed apartment when fin | 5< | 9 am | 2 pm | | | | | | | | | |
| 4-11 | | Removed sediment in 16 D, washed around complex, arranged 16 C for preview | 5< | 9 am | 2 pm | | | | | | | | | |
| 4-13 | 16-E | Replace stopper in bathtub | 1< | 8 am | 9 am | | | | | | | | | |
| 4-14 | | Fixing edge for landscape work. Took truck to lees landscaping for hose bleed cap 6.5< | | 8 am | 2:30 pm | | | | | | | | | |
| 4-15 | | 50F fixed stove burner, dishwasher, and bathroom cabinet. Showed apartment at yorkshire and hackory, set appointments for showing on thursday, washed around complex 8< | | 7 am | 3 pm | | | | | | | | | |
| 4-16 | wales 1345 york 100 | Picked up mulch and delivered to john hung, installed (word) cap 3.5< | | 3:30 | 7:00 | | | | | | | | | |

29 × 8⁰⁰ $232⁰⁰
$13.35
$34.35

Ck#1262
4-17-08
23435

Ck#1262 + $2.35 primer plug
for edger

Date 4-17-08 Total Hours 29  Name Christopher Hyder

# DAILY: WORK *INVOICE*

| Date | Address/Unit | Problem/Solution LDG / DAILY "Brief Description Each Day" | Hours | Start | End | |
|---|---|---|---|---|---|---|
| 4-18-17 | | Took 4 calls for vacancy | 10.5 | 8 am | 4 pm | |
| | | landscaping, Sprayed for ants 50 m, Signed lease for b4 | | 4:30 pm | 7 pm | |
| 4-19-18 | | 44 planting trees, sloped ground away from windows (water and at thackery bed was not mowed yet) landscaping, Showed apartments X2 | 8 | 8 am | 4 pm | |
| 4-20-19 | | 26F replaced door knob, fixed shower | 1.5 | 8 am | 9:30 am | |
| | | Edged trimmed trees 440 landscaping 44 @ Rent planted trees | 8 | 8 am | 4 pm | |
| 4-22-20 | Sick with the flu | Took 6 calls for vacancy | | | | |
| 4-23-23 | | Checking applications Apts for 16F looks good, pay deposit Friday 25th Setting appointments for showing apartments | 9 | 9 am | 10 pm | |

$253.00$
OK #1477
4-24-8

Waleo 132
Yorke 180

Total Hours 29 × $8.00 = $232.00 Name Christopher Hylton

Date 4-24

## DAILY: WORK "INVOICE"

| Date | Address/Unit | Problem/Solution / LDG "Brief Description Each Day" / DAILY | Hours Start | Hours End |
|---|---|---|---|---|
| 4-24 | 3544 | Showed third team 4H building, took 3 calls for vacant. Showed 1 unit, set appointment to meet 14F. Picked up trash around LDG. Fixed light in vestibule in 508 ⑥ | 8 | 2 |
| 4-25 | York 3544 / Schear | Took 4 calls about apartment. Rented 14F Cash deposit. Picked up trash, took back to set 1 to office. Chimney 1 to Walks. Took Friday cut straw to showing rd. ⑥ | 8 | 2 |
| 4-26 | York | Met with maintenance in 14F gave copy of lease and charges. Removed trash 16 building laundry room. Had 2 calls for apartment. ① | 9 | 10 |
| 4-28 | Wales | Went to Jethro house picked up truck. Spot a load of mulch. Spread mulch around 444 building. Removed dirt and sub out of flower beds. Picked up 4rd load of mulch took back to 444 bldg. Changed locks on 440 signed lease for 440. 7.5 | 8 | 2:30 |
|  |  |  | 10:30 | 11:30 |
| 4-29 |  |  |  |  |
| 4-30 | York | Showed apartments 16 A. Met with Troy cleaned floor in 14 H | 11 | 12 |

Schear 96
Wales 100
York 47

Date 5-1-08 Total Hours 21.5 × 8⁰⁰ = $172.⁰⁰   Name Christopher A. Ayeta

Ck# 1894
5-1-08
$172.⁰⁰

Christopher Hylton

Total hrs: 32.5    CK 1329
                   $210⁰⁰

| Date | Day | Time |
|---|---|---|
| 5-1 | Thursday | 12-2pm |

Took 3 calls about apartments, went to office to turn in applications, painted in new apartments.

5-2  Friday  8am - 4pm
Went to home depot for supplies, planted grass seed and landscaped all front beds. Waxed holes and started painting in 16 A

5-3  Saturday  8am - 5pm
Finished painting 16A. Fixed and replaced bathroom fixtures, cleaned carpets. Replaced screen in windows. Installed broken light switches and outlet plates.

5-4  Sunday  3pm - 4pm
Showed apartment and took application, Meet with barb owens and daughter and made a list of maintence jobs that needed done in their apartments.

5-5  Monday  8am - 2:30
Showed apartment. Went to home depot for copper pipe to fix hot water tank in 16F. Fixed hot water tank in 26A and fixed bathroom faucet in 26A. Picked up trash around complex and inspected laundry rooms.

5-7  Wednesday  830am - 230pm
Fixed furnace at sharons apt picked up hot water tanks at lowes took to office. Picked up mulch, took 3 calls for apartments. removed debris from 16 1 . . .

02/02/2003 15:28  3383751739    PAGE  01
D00557

Amanda worked 2hrs    + 25.00 for renting
5-14 Cleaning hallways and    apartment
laundry rooms in all bldgs.

## Penson Property Daily Work and Invoice Log

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total |
|---|---|---|---|---|---|---|
| 5-8 | | Rented 404. filled holes in blacktop all driveways. Picked up load of mulch. | 10 | 2 | AM / PM | 4 |
| 5-9 | | Mulched front of 16 bldg and back. Cleaned halls and laundry from 11 bldgs, 2 calls on apartments | 9:30 | 3 | AM / PM | 5.5 |
| 5-10 | | Mulched 26 bldgs front and back. Removed hedges. Picked up load of mulch. | 8 | 2:30 | AM / PM | 6.5 |
| 5-12 | | Painted in new apartments 1 call on apartment | 9 | 12 | AM / PM | 3 |
| 5-13 | | Picked up load of mulch Mulched back of 26 bldgs. Started matching 85 bldgs. | 8 | 2 | AM / PM | 6 |
| 5-14 | 288.00<br>2400 Gas<br>$312<br>5000<br>$242.00 CK#1345<br>5/15/08 | Finished 85 bldg mulch and mulched 85 bldg. Showed 2 apartments 2 calls on apartments. 5 trips + toll Gas 10.00 Chainsaw 45.00 | 8 | 5 | AM / PM | 9 |

Month May  Total Hours On Page 34 + 2 Amanda  Total Amount On Page 34

Name Christopher Hylton   Signature Christopher Hylton

D00558

# DAILY: WORK *INVOICE*

## Problem/Solution / LDG
## "Brief Description Each Day" / DAILY

| Date | Address/Unit | | Hours | | |
|------|-------------|---|-------|-----|---|
| | | | Start | End | 6½ |
| Friday 5-23 | 3616 B | Replaced door lock, gave new keys to building and agreement, Met with person and typed A lease/option share. | 8:00 AM | 2:30 PM | |
| | 44 H | Cleaned all carpet, kitchen and bathroom floors. 1.5 | 12 | 4 PM | (4) |
| Thursday 5-27 | " | Picked up trash around property Painted light poles around (bld). 4 | | | |
| | 44 H | Cleaned stove touched up walls | | | 9.5 |
| | | Patched holes in hallway walls, trimmed and painted Showed 3 apts Rented 44 H Cash deposit $395.00 5 calls 80 apartments | 12 pm | 9:30 PM | |
| Wed. 5-28 | 3616 bldg. | | | | |
| | | + 35.00 for renting 1 apt | | | 3544 H |
| | | + 1 day of mulch from last week Thursday 5-15-08 | | | |
| | | Walls 80 York 80 | | | |

20 X 8⁰⁰ $160⁰⁰ -30⁰⁰ Plastic Runner
+35⁰⁰ Comm-Rent Apt
Cell 40⁰⁰ -50⁰⁰ Phone

$105⁰⁰
Ck 1375
5/30/08

Date 5-29-08 Total Hours    Name Christopher Hylton

D00560

(Walnut Hills 20)

York 144 Wales 136 Orbil 20

## DAILY: WORK *INVOICE*

### DAILY WORK LOG / DAILY Problem/Solution
"Brief Description Each Day"

| Date | Address/Unit | Problem/Solution / Brief Description Each Day | Hours Start | Hours End | |
|---|---|---|---|---|---|
| Thursday 5-29-08 | 3616 - Hall 50-M | Went to Lowes for hot water tanks. Went to office and dropped off water tanks and got garbage disposal. Inspected 50m. Painted in bldg sale | 9 | 5 | 8 am |
| | | | | | 4 pm |
| Friday 5-30-08 | 3616 Hall | Finished painting 16 bldg. Cleaned floors and carpets and trim work. | 8 | 2 | 4 pm |
| Saturday 5-30-08 | | Patched walls, cleaned trim, prepped for paint | 7 | 1 | 4 am / 3 pm |
| 5-31-08 | 50m | I Repaired garbage disposal 98 E, removed trash from 50 m. Went and inspected house in Walnut hills (porch and electrical). | 9 | 12 | 3 am / am |
| Monday 6-2-08 | 98 E 50 M | Rolled paint all walls, painted ceilings, cleaned bathtub and bathroom, swept 4 hours. Painted clouds. Showed apartment | 6 | 4 | am / am |
| Tuesday 6-3-08 | 50m 50-M 16-H Orrril | Cleaned carpet 50m, Cleaned 3616 H Kitchen, bathroom, hallway closet was not clean. Orrril 3 asked fridge | 6 | 9 | 10 / 3 pm |
| Wednesday 6-4-08 | | | 12 | 34 | 4 pm |

Date 6-4-08 Total Hours 78  40 × 8⁰⁰ $320⁰⁰  see $320⁰⁰   Name Christopher Hykes

CK 1405
320⁰⁰
6-5-08

D00562

## DAILY: WORK * INVOICE *

Problem/Solution / LDG

"Brief Description Each Day" = DAILY

| Date | Address/Unit | | Hours start | end | |
|---|---|---|---|---|---|
| Thursday 5-29-08 | 3616 - Hall 5D-M | Went to lowes for hot water tanks. Went to office and dropped off water tanks and got garbage disposal. Inspected 50 M. Painted in bldg. 3616 | 9 am | 5 pm | 8 |
| Friday 5-30-08 | 3616 Hall | Finished painting 16 bldg. Cleaned floors and carpets and trim work. | 8 am | 2 pm | 6 |
| Saturday 5-31-08 | | Patched walls. Cleaned room. Prepped for paint | 7 am | 1 pm | 6 |
| | 50 m | Repaired garbage disposal 98 E. Removed trash from | | | |
| Monday 6-2-08 | 98 E 5D M | 50 m. Went and inspected house in Walnut hills (porch and electrical). | 9 am | 12 pm | 3 |
| | | Rolled paint all walls. Painted ceilings. Cleaned bathtub and bathroom. Swept floors. Painted closets. Showered apartment | 6 am | 4 pm | 10 |
| Tuesday 6-3-08 | 50-M 50-M 16-H Orn! | Cleaned carpet 50 m. Cleaned 3616 H. Kitchen, bathroom hallway closet was not clean. Orn!e to wash fridge | 6 am | 9 pm | 3 |
| Wednesday 6-4-08 | | | 12 | 3H | 4 |
|  |  |  |  | 7B |  |

Date 6-4-08 Total Hours 40 x $8 = $320 00  Name Christopher Hylen

ck 1405
320 00
6-5-08

D00564

## Penson Property Daily

| Date | Address/Unit | Brief | Each ID | | | |
|------|--------------|-------|---------|--|--|--|
| 6-5 | | Meeting with John | | | | |
| | | meet with Sharon to clean and inspect tub, cleaned living room AC unit, replaced latch on sliding door, replaced light fixture outside. | | | 12 | 5 |
| 6-6 | 500 | Replaced fridge in living room. Inspected AC unit in living room, no leaks were visible | | | | |
| | 500 98C lock | Inspected tub in locks AC unit | | | 1 | |
| 6-9 | | Retrieved better fridge from office and put in 500. Also replaced AC unit in living room. Inspected AC unit in locks living room. | | | 3 | 8 |
| 6-10 | 500 403 12th Street | Replaced AC unit and washer/Dishwasher and washing don Pen towel unit 1WK. Replace a cabinet | | | | 7 |
| 6-11 | 16K | Installed shower head/fixture laid At replaced bedroom door several switch anti pried deadbolt on door | | | | |
| 6-11 | 26 blds | Replaced door knob removed stuck key back door 26 | | | 10:30 11:00 | 5 |

Month: June 5-11  Total Hours On Page 26.5  Total Amount On Page $212.00 + $25.00 = $237.00

Name: Christopher Hylton  Signature: Christopher Hylton Bowen

(CK 1413 6-13-06 237.00)

D00565

| Date | Ad | | |
|---|---|---|---|
| 6-12 | 3614 K | Went Installed arm - new QC<br>Fixed towel ho on Reid<br>Tightened phase Fixed<br>witch 's |  |  |
| 6-13 | 3614 | Replaced low set 1st lesson 1st<br>Cleaned up on d w/c sp lol |  |  |
| 6-16 | 3614 K | XE Kitchen - kdrain<br>Replaced 2 outl in livingroom<br>Finished cleaning Chr w/c set<br>hallway closets Placed up painters w/ tio<br>new fridge (114 on ') st | | |
| | 3614 H | | | |
| 6-16 | 888 Hill | Installed new toilet le<br>main gerineo fridge del.<br>bre-get old fridge back to office Rec skicus stress<br>patched leak in sink cleaned sak trap<br>Pished 116F | | |
| 6-17 | 508<br>16 | Clean<br>Conti 's | | |
| 6-18 | | | | |

Month: June Total Hours On Page: Unless 60 York 150 70 $610.00 Total Amount On Page: $210.00

Name: Christopher Hylton  Signature: Christopher Hylton

CK1437  2/19/08  AID

D00566

1 hr. York

6 hr. Stardust

DK Inn

$9400
ck #4444
6/20/08

18,800 "  141  — 5 — 12 walls

Name

June 8, 2012 Stardust 46 Wales 88 Yankee CK 1472 7/5/08 $2840

#1437
Rick
30.00 Error
4/16/08