# DAILY: WORK *INVOICE*

Wayne Gradly

| Date | Address/Unit | Problem/Solution / LDG<br>Brief Description Each Day / DAILY | Hours START | END | |
|---|---|---|---|---|---|
| April 16<br>Wed | THACKERAY | Meet Bo & Kendra, inspect property | ~~12:00~~ | ~~2:00~~ AM | AM 2 |
| April 17<br>Thurs | Thackeray | Meet with Bo & Kendra - talked about goals, projects, and expectations. with about 16 hours to repair spots in walls, replace hand rail on back entrance. Return in afternoon to talk about his billing accuracy | 12:00<br>10:30 | 2:00<br>12:00 | 1½<br>PM 1 |
| April 18<br>Fri | Walo Ridge | Meet Chris, look over property at Walo Ridge | 2:45<br>10:40 | 3:45<br>12:25 | PM 1<br>1:45 AM |
| Monday<br>April 21 | Thackery<br>Walo Ridge | Measured hand rail. Talked to Bo, dumpster still here.<br>Talked to Adam about the work he is doing. Talked to him about 3416-D, still needs door and some painting. Front windows still need putty. | 2:30<br>3:00 | 2:50<br>3:30 | :20 AM<br>:30 PM |
| Tuesday<br>April 22 | Thackery/Walo | Go to homedepot to buy 1 2x6x8 for hand rail, patch and drywall compound to repair hole in laundry room wall. Stopped to Bo's to drop of picking up papers. Home from property. repaired handrail and front entrance patch in LR. Night light out. Garage W?354 rooms 24-7 | 11:30 | 1:30 | 2h |
| Wed<br>April 23 | Thackery/Walo | Copied Bo's work on demand cost of patch washed ground Prop. Looked to Bo many Air conditioners from in Laundry floor. Went to Walo Ridge talked to Jim's | 1:30 | 2:00 | :30 AM |
| | | Went to Fair Housing Training at City Hall | 6:00 | 8:00 | 2:00 PM<br>10hrs - 35min |

Month April 08  Total Hours On Page _____ Total Amount On Page 10:35

PLAINTIFF'S EXHIBIT 27

D00573

# Penson Property Daily Work and Invoice Log

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total | AM/PM |
|---|---|---|---|---|---|---|---|
| Thursday April 24 | Thackery | Check on Bo & Jordan, clean apartment, showed Bo how to put 2nd & 3rd coat on patches | 1800 | 10:30 | AM/PM | 1 1/2 | AM/PM |
| Friday April 25 | Home Depot / Wale Ridge | Went to Home Depot to buy first light bulbs for Bo's apt to Wale Ridge to get light fixt. Couldn't find anyone so I still have lights | 2:30 | 3:15 | PM | 45 min | AM/PM |
| Monday April 28 | Thackery / Wale Ridge | Talked to Bo & Kindra about vacancies of Cadbury Box 2-2BR 1-1BR Ready I said they it ought AC's out & hallway Bo leaving door to patch holes Wely - 5 2BR empty 8 1 BR empty now available. I talked to him about what he needs to be done about mails & prints | 1:25 / 2:00 | 1:45 / 3:00 | AM/PM | 20 min / 1 | AM/PM |
| Tuesday April 29 | Thackery / Wale Ridge | Talked to Bo & Kindra about keeping paint W.R. Jim went to W.R. and talked to John & Adam to make arrangements to start painting on Wed. inspected apt. to bid with Adam about new plans K. needs work. | 10:30 | 11:30 | AM | 1 | AM/PM |
| Wed April 30 | Wale Ridge | Met Jim, Adam and John, spent 1st days checking about work & paint of a professional talked about & got right Dog first lint of work for Dog done & clean paint from woodwork, floors & windows. Jim & Adam prepped trim door to paint. John & Jim are the best at trimming. Adam can roll OK painted one apartment one coat | 10:00 | 4:00 | AM/PM | 6 | AM/PM |

Month April 08 Total Hours On Page 10 hrs 35 min Total Amount On Page $423.33

Name Wayne Maddy 95 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 Signature Wayne Q Maddy

# Penson Property Daily Work and Invoice Log

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total |
|---|---|---|---|---|---|---|
| May 1, 2008 | Wales Ridge 1 | Check on painters, only Jim and Adam were painting. Bo and Kendra were suppose to come over and help. They didn't show. | 9:45 | 10:15 | AM | 0.5 |
| May 2, 2008 | Wales Ridge 1 / Thackery | Talked to John R about the work accomplished yesterday and the disappointment that Bo and Kendra did not show up to learn to paint. Went to Wales Ridge 1 and talked to Jim and Adam about there work. I encouraged them to keep at it to get the work done ASAP. Jim trins pretty well but Adam does not. I told Jim that he should be the only one trimming and the others should role the paint. / Went to Thackery to talk to Bo and Kendra about their work hours. Bo was in the shower so I talked to Kendra. It seems to me that Bo is trying to avoid me. | 12:55 | 1:55 | PM | 1.0 |
| May 5, 2008 | Thackery / Wales Ridge 1 | Went to Thackery, didn't find Bo or Kendra, it's hard to tell that they have done much from one day to the next. They might be inside of an apartment cleaning, but Bo doesn't answer his phone when I call. Unless I find them outside working, I generally don't get to talk to them. Then I went to Wales Ridge but didn't see anyone working there either. They might have been in one of the apartments, but I can't go knocking on all the doors looking for them. I don't have Jim cell phone number so I couldn't call him. The landscape is beginning to come to life. | 2:50 | 3:20 | PM | 0.5 |
| May 6, 2008 | Wales Ridge 1 / Thackery | Check on the painting process. Jim was painting and Adam was working on cutting and cleaning up the bushes. Those two men are always working when I see them. It seems like a slow process with the painting but these guys are armatures in that field. Then I went to Thackery to see what's going on there. Bo didn't answer his door or his phone, but his car was there. | 3:00 | 4:00 | PM | 1.0 |
| May 7, 2008 | JR / Thackery / Wales Ridge 1 | Talked to John abott the progress and the attitudes of the men. Went to Thackery but didn't find anyone. I'm sure Bo is trying really hard not to be found. Went to Wales Ridge and talked to Jim, Adam, and Chris. I like these guys. Jim is a little crude, but he is very dependable and he is very loyal to John. Adam does has good potential for Penson Properties, he is willing to do whatever he is asked to do. I don't know yet if he can fitnd work to do if no one is there to show him, but his too is reliable. | 11:30 | 12:30 | AM | 1.0 |
| May 8, 2008 | Farm | I did not work for Pensott today. I went to the dairy farm to work today. | | | | |

Month MAY  Total Hours On Page 4  Total Amount On Page $80.00
Name Wayne Maddy  Signature _Wayne Maddy_

D00575

## Penson Property Daily Work and Invoice Log

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total |
|---|---|---|---|---|---|---|
| May 9, 2008 | Thackery / Wales Ridge | Went to Thackery Properties, saw Denny Stienbach working on the trees. It looks like he is doing a nice job. I did not see Bo. It is difficult to see much of a change there from one day to the next and I rarely see Bo or Kendra. / Went to Wales Ridge and found Jim and Adam at work as usual. They were working in the lower apartments. | 11:00 | 12:00 | AM | 1.0 |
|  |  |  |  |  | AM/PM |  |
| May 12, 2008 | Wales Ridge / Thackery | Went to Wales Ridge but I didn't see anyone there. I still don't have Jim's number so I couldn't call him. They must have been in one of the apartments fixing something. I went to Thackery and walked through the apartments. They have started painting in the hallways in the building they live in, it looked a bit ametuerish, it will require another coat of paint. I knocked on their door, I thought I could hear sounds in there but no one answered the door. | 2:00 | 2:50 | AM | 0.8 |
|  |  |  |  |  | PM |  |
| May 13, 2008 | Thackery / Wales Ridge | Talked to John at the post office, then went to Thackery and Bo and Kendra were painting in the hallway. They told me that it was taking 5 coats to cover the peach. I asked them how much tinte they waited between coats, Bo said 30 minutes or less. I told him that they were waisting tinte doing that, they need to let the paint completely dry before applying another coat. He didn't seem to like that advise, as if he knew more about painting than I do. Then I went to Wales Ridge and saw how much paint that was on the ceilings and I told the guys to paint the ceilings too. | 11:00 | 12:30 | AM | 1.5 |
|  |  |  |  |  | PM |  |
| May 14, 2008 | Wales Ridge | Checked to see how they were getting along with painting the ceilings. Jim was trimming one apartment and Adam was painting the walls in another. Hopefully they will have all the painting done by this time next week. Then I talked to Chris and John who were putting down mulch. That is looking good. Bo must have been complaining to the guys at Wales Ridge according to Chris, Chris told me of his plans for tomorrow. He has help coming to paint one of the apartments in WR2. | 2:00 | 3:00 | AM | 1.0 |
|  |  |  |  |  | PM |  |
|  |  |  |  |  | AM |  |
|  |  |  |  |  | PM |  |
|  |  |  |  |  | AM |  |
|  |  |  |  |  | PM |  |

Month __May__ Total Hours On Page __4.3__ Total Amount On Page __$86.00__

Name __Wayne Maddy__ Signature _Wayne Maddy_

# Penson Property Daily Work and Invoice Log

CK 1372 5/30/08 209.80

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total |
|---|---|---|---|---|---|---|
| May 19 | Wales Ridge | Jim has all the apartments in 3544 painted except the one that the drywall has not been finished yet. The drywallers came today while I was there. Jim and Adam were painting 3588-H. That apartment needs the sliding door replaced. The door was installed with the inside out, therefore the door cannot be locked. Talked to Sharon about the procedures of putting the electricity in the renters name at the time of signing the rental agreement. Chris has been lax in that area. | 12:30 | 1:20 | PM | 0.083 |
|  |  |  |  |  | PM |  |
| May 20 | Wales Ridge / Thackery | Talked to Chris on the phone, he is in Orrville and cannot clean the carpet in 44H today. The young lady who is moving into H has been waiting several days and is rather put out by being put off. The Apartment needs more than the carpet cleaned. The refrigerator is dirty and so is the stove. I walked through 44 I and it is in excellent condition. The previous renters did an excellent job of cleaning. Went to Thackery and talked to Bo. Walked through buildings and looked at apartment 6 in 2880. Needs good cleaning and walls need to be painted, carpets cleaned. Went to office and talked to Sharon, she was on the phone with the new renter for 44-H and she needs to get moved in this week-end. Chris was in Orrville and could not come back to clean the carpet or the rest of the apartment. I suggested we move the renter into 44-I because it is ready and we can get the key to her by 4:30 today. I went back to see Bo and Kendra and asked them to go over to 44 I and run the sweeper, wipe down the kitchen counter, wash the windows and have it done so he can give the keys to the renter by 4:30. We got the job done. | 10:15 | 3:15 | AM<br>PM | 5.0 |
| May 21 | Wales Ridge / Thackery | We need to replace patio door in 88-H the rest of the apartment looks good. We still have 3 vacancies in 2830 Thackery and 2 vacancies in 2880. We need security lights on the outside at Thackery. All of the painting in Wales Ridge I should be complete by the middle of next week. | 10:30 | 11:30 | AM | 1.0 |
|  |  |  |  |  | PM |  |
| May 22 | Worked on farm |  |  |  | AM |  |
|  |  |  |  |  | PM |  |
| May 23 | Wales Ridge / Thackery | Went to Home Depot and bought sensors for the yard lights at Wales Ridge. Two lights would not shut off. Measured sliding door in 88-H. Went to Thackery and walked through the buildings. Found more screens on the ground, asked Bo to put them on the windows or in the garage. The Properties are looking better. Met John to go to the Stock Pile. Didn't find anything we wanted. | 10:00 | 11:00 | AM | 1.0 |
|  |  |  | 1:00 | 2:00 | PM | 1.0 |

Month __May 19 to 23__    Total Hours On Page __8.83__    Total Amount On Page __$176.60__

Name __Wayne Maddy__                      Signature

D00577

## Penson Property Daily Work and Invoice Log

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total |
|---|---|---|---|---|---|---|
| May 26 | Memorial Day | | | | AM / PM | |
| | | | | | AM | |
| | | | | | PM | |
| May 27 | Thackery / Wales | Walked around Thackery properties, talked with Bo. I told him things are looking better. We talked about whats ready and whats not Said they would start painting halls again now that they have ttore paint. They were going to funeral of Kendras step mom. / Went to Wales and Jim and Adam were finishing up the painting of the burned out apartments. I had them take down the old wood work that was left over the pantry doors. It needs to match the rest of the apartments new wood work. These gttys try really hard to do good work. | 11:30 | | AM | 1.0 |
| | | | | 12:30 | PM | |
| May 28 | Thackery / Wales | Stopped by Thackery, Bo and Kendra were not there. Property looks much better now. / Went to Wales Ridge, Chris was showing 44 H wltile I was there. Jim says they have all the lower properties cleaned and ready for the finishing work to take place now. | 2:00 | 2:40 | AM | 0.66 |
| | | | | | PM | |
| May 29 | Farm day | | | | AM | |
| | | | | | PM | |
| | | | | | AM | |
| | | | | | PM | |
| | | | | | AM | |
| | | | | | PM | |
| | | | | | AM | |
| | | | | | PM | |

Month __May 26—28__  Total Hours On Page __1.66__  Total Amount On Page __$33.20__

Name __Wayne Maddy__  Signature __

D00578

# Penson Property Daily Work and Invoice Log

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total |
|---|---|---|---|---|---|---|
| May 30 | Wales Ridge | Stop by office then went to Thackery then went to Sharon then went to Thackery didn't talk to anyone there, just drove through and around, it is looking much better. Went to Wales Ridge and talked with Chris, he rented 44-H. I think we need to make some changes to each worker is more responsible for his own work. They all have a strong tendency to blame others for what is wrong or what didn't get done. I think we can fix this problem. | 11:00 | | AM | 1 |
| | | | | 12:00 | AM | |
| June 3 | Thackery / Wales | Went to Wales Ridge 50M and found Jim, Adam and Chris painting, Jim was in and out doing other odd jobs that needed done in the apartments, but Chris and Adam where painting. They did not have a drop cloth or plastic over the carpet and there was paint on the floor and some on the wood work. They were painting this for a man who is very fussy. We need to work on some changes to correct this sloppy work. Went to Thackery but didn't talk to anyone just looked over the property. Screens are still lying outside of apartments. | 10:00 | 10:30 | AM | 0.5 |
| | | | | | PM | |
| June 4 | Thackery / Wales | Guys are finishing 50M today. It looks surprisingly better but too much time is spent cleaning up a mess that just shouldn't be there in the first place. / Went to Thackery to see Bo. One of the lock sets won't fit the door. Need to drill the back set deeper. Bo doesn't have a drill bit to do that. He also needs a heating element for water heater. I went to Home depot to get it. Went back to Wales and picked up Jim to have him repair the water heater and help Bo with the door locks. Went to Pandora Bread to meet with John. After our meeting Jim called to tell me the element I bought would not fit the water heater. I went back to Thackery, picked up the part and took Jim with me to find the right parts. We took the parts back to Home Depot, but they don't have the right element for that water heater. I talked with John he suggested the place on Eric, Pete Snyder. We went then but they had to order the part. I took Jim back to Wales Ridge. | 9:45 | | AM | 5.25 |
| | | | | 3:00 | PM | |
| June 5 | Thackery | Went to Pete Snyders to pick up heating element. They didn't have it. 20 Minutes later they called and said they have the part. I went back and picked up the part and took it to Thackery and gave to Bo | 10:00 | 11:00 | AM | 1 |
| | | | | | PM | |
| June 9 | Thackery | Stopped by office and picked up water heater to replace the one in 2880-11. The tank leaked after all hose new parts. I delivered the tank to Thackery and helped Bo take it up to the apartment, Jim was not available this afternoon to replace the tank so it will be done tomorrow morning. | 12:45 | 2:00 | AM | 1.25 |
| | | | | | PM | |
| June 10 | Thackery | Went to Thackery to check on water heater project. The new one was in and I helped Jim throw the old one in the dumpster. Then Bo and Jim and I walked around the property looking at the lighting situation. Bo will make a list of what he needs and what light must be replaced. Jim is planning to come over next week and work on some of those problems. | 12:00 | 1:00 | AM | 1 |
| | | | | | PM | |

Month __May 29—Jun 12__  Total Hours On Page __10.0__   Total Amount On Page __$200.00__   CK#1417

Name __Wayne Maddy__   Signature _____

# Penson Property Daily Work and Invoice Log

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total |
|---|---|---|---|---|---|---|
| June 13 | Thackery / Wales Ridge | Went to Thackery, talked to Bo about apartment status. He has 4/2br and 1/1br empty and 2/2's are not ready. One needs cleaning and one needs painting. Went to Wales Ridge and talked to Chris on the phone. He was at the hospital with his grandfather. We talked about two apartments that have cat smell real bad, may need to replace carpet. Then I talked to Jim, who was home working on his truck. We talked about him going to Thackery for a couple of days next week to do some of the maintenance there. | 9:40 | 10:40 | AM | 1.0 |
| June 17 | Thackery / Wales Ridge | Meet John at Panera Bread to discuss the work of each contractor | | | AM | 2.5 |
| | | Met with Bo to talk about his responsibilities / we walked around the buildings and picked up screens and pointed out areas that need attention. Went to Wales Ridge to talk to Chris and Mike about what they need to do, I gave them a copy of what John wrote about there work. | 11:00 | 1:30 | AM | |
| | | | 1:30 | 3:00 | PM | 1.5 |
| June 18 | Thackery | Went to Thackery to see how Mike is getting along with painting in 2880-6. He didn't show / I went to Wales to see what happened. I talked Chris and he said Mike was sick. I talked with Chris about what he was doing, then talked to Jim about getting the burn units back into use. | 12:45 | 1:45 | AM | 1.0 |
| | | | | | PM | |
| June 19 | Wales Ridge | Talked to Jim about his projects. He needs some supplies so I went to Home Depot to get the plumbing parts that he needs. I looked for some solutions to the lighting problems at Thackery. Went to Thackery to see if Mike mad it to work today. He had just arrived and planned to finish 2880-6 tonight. | 10:00 | 12:00 | AM | 2.0 |
| | | | | | PM | |
| June 20 | Thackery | Checked on progress of painting, not done yet. Mike was working on it. Bo and I looked at broken windows and decided that I would do something about that next week. | 11:30 | 12:00 | AM | 0.5 |
| June 23 | Wales Ridge | Meet Jim, Bo and Kendra and set up an order for Bo and Kendra to start cleaning the burn units. I asked them to start cleaning tomorrow. Take Jim to Thackery to take window out of 2880-6 and took to Stark Glass. Will cost about $87.00 for each window if we take the window to Stark Glass. Meet John at Panera Bread for last minutes discussion before John goes to Florida | 11:30 | 1:30 | AM | 2.0 |
| | | | 4:45 | 6:15 | PM | 1.5 |

Month  June 13—June 23   Total Hours On Page  12.0   Total Amount On Page  $240.00

Name  Wayne Maddy   Signature  _Wayne L. Maddy_

D00580

# Penson Property Daily Work and Invoice Log

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total |
|---|---|---|---|---|---|---|
| June 24 | Wales Ridge | Meet Brian Balala to talk about the order to install carpet and vinyl. Then measured apartments to determine how much new trim is needed and how many doors to replace | 10:00 | 1:00 | AM/PM | 3.0 |
| | | | | | AM | |
| June 25 | Wales Ridge | Talk to Jim about meeting with Jake Yoder today at 3:15. We talked about some of the problems that have not been solved at this property. He showed me some brick that seems to be coming away from the building at far north building. We looked at mildew problems in 44-Q, R, S/ 1 called Chris to see what he is doing. I asked him to go to 1338 Stardust to finish the landscape work. He said he would do that tomorrow... Came back at 3:15 to meet Jake Yoder / at 3:45 Jake called and said he couldn't make the appointment, made new appointment for tomorrow. Left Wales and went to Thackery to meet Mike Knight he measure broken windows. Then I spent a few minutes talking to Bo about his projects. He still has not started cleaning apartments at Wales Ridges. He has not inspected empty properties yet. I insisted that he get that down ASAP. | 10:15 | 12:15 | AM | 2.0 |
| | | | 3:45 | 4:15 | PM | 1.0 |
| June 26 | Wales Ridge | Meet Jim and Jake at Wales Ridge. We looked at the mildew problem and looked for was to solve that problem. Talked about a French drain along the building, put in larger down spouts on rain gutters, build porch over each step. We decided that the best solution for the wood work is to paint it instead of replace it. I will see how soon Mike can get on the job. Were all the wood work was changed we will leave them alone. Went to office and talked to Sharon for a few minutes. | 9:00 | 11:00 | AM | 2.0 |
| | | | | | PM | |
| | | | | | AM | |
| | | | | | PM | |
| | | | | | AM | |
| | | | | | PM | |
| | | | | | AM | |

(circled note: $4000<br>6/6/08<br>CK 1456)

Month June 24-26 2008    Total Hours On Page 8    Total Amount on Page $160.00

Name Wayne Maddy    Signature Wayne L. Maddy

D00581

## Penson Property Daily Work and Invoice Log

Zureeka $4940.60 +27.54 $6744.44

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total |
|---|---|---|---|---|---|---|
| Jun 27 | Wales Ridge 1 | Talk to John about painting woodwork/talked about mold problem in basement units/ Went to Office and talked to Sharon/ Went to Sherwin Williams to get prices on enamel paint for woodwork/ Went to WR talked to Jim/talked to Brian Balala/tried Chris on phone several times/called Mike several times with no answer/went to Friendy's to set up meeting for Monday morning. | 10:15 | 10:30 | AM | 0.25 |
| | | | 11:00 | 1:30 | PM | 2.5 |
| Jun 30 | Wales Ridge/Yorkshire/Thackery | Have meeting at Friendly's with Jim, Mike, Chris, Bo and Kendra. We talked about what needs to be done, who is going to do it and when it will be done./ Took Jim with me to have master keys made/went to Home Depot bought lamp post and lamp for Yorkshire/bought bulbs for five security lights at Thackery/talked to Bo about getting 16 H clean and ready to rent. | 9:00 | 2:30 | AM | 5.5 |
| | | | | | PM | |
| July 1 | Thackery/Wales Ridge | Order paint at S-W for woodwork/ go to WR and Thackery to check on work progress. Jim was working on lights at Thackery/one of the new light fixtures did not work, I took it back to Home Depot to exchange for another and bought light sensor to turn lights on and off./ talked to Brian Balata and will meet him at property 10am tomorrow. | 10:00 | 12:30 | AM | 2.5 |
| | | | | | PM | |
| July 2 | Office/ Wales Ridge/Thackery | Stop at office to talk to Sharon/Go to WR to meet Brian/he didn't show up/talked to Jim about lights at Thackery/new bulbs didn't work/will return bulbs for refund/Jim needed new kitchen sink faucet at Wales R 2/went to Lowes to get it and new security lights for Thackery./went to V&V appliance to get burner for kitchen stove/take to WR 1 am just amazed at how these guys spend their time. We schedule things and then no one shows up to do the work. | 10:00 | 12:30 | AM | 2.5 |
| | | | 2:30 | 4:00 | PM | 1.5 |
| July 3 | Wales Ridge | Talked to Brian Balala, he said he would lay all the vinyl in Q, R and S on July 4. Chris and Mike said they would paint 44 F on July 4, Jake Yoder will finish woodwork on Saturday/Called Chris and left message on his phone so he would have doors open on Saturday for Jake. Went after dark and drove through all the properties to see how the lights work at night. I found 15 lights not working between Wales Ridge 1 and Wales Ridge 2 and Yorkshire. | 10:30 | 12:00 | AM | 1.5 |
| | | | 9:00 | 9:45 | PM | 0.75 |
| | | | | | AM | |
| | | | | | PM | |

Month ___June/July___ Total Hours On Page ___17___ Total Amount On Page ___$340___

Name ___Wayne Maddy___ Signature ___Wayne Maddy___

D00582

# Fenson Property Daily Work and Invoice Log

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total |
|---|---|---|---|---|---|---|
| July 7 | All three | Meeting at Friendly's with Bo, Kendra and Jim. Mike and Chris went to funeral. We talked about work that got done last week and the needs of this week. Bo said he would clean halls of Wales R 2 and Yorkshire. Checked to see that Brian did what he said he would do over week end. Both Brian and Jake did what they said they would do, but no one else did. Got call from Greg Stover about possible barn for Thackery. Met Greg at 7369 Lake O Springs to look at barn. I stayed there while he loaded the barn to take him to Thackery and set up barn there. I talked to Jake about water heaters in burn units and told him I thought Jim could put them in so he didn't have to come back to do that. | 9:00 | 3:00 | AM | 6 |
| July 8 | Wales Ridge | Talked to Jim and Chris about what they've accomplished. Jim is having trouble with black junk in the water lines in the apartment he put the new water faucet in. It keeps plugging up the screen and water won't come out. Chris replaced burner on stove and has John coming back to finish all the landscape work. | 11:30 | 12:30 | AM | 1 |
| | | Meet John at Panera Bread It's good to have you back John | 3:30 | 4:30 | PM | 0 |
| July 9 | Wales | Talked with Sharon on phone about Brian in 50M/check hall ways in Wales Ridge/ they were supposed to have been cleaned by Bo and Kendra/nothing was done/walked through 44 O R S to check on water damage from rain storm, all three are damp, carpet in them. Sharon called and asked me to inspect 44F and 50P to see if we have one that can be rented. Mike was painting 44F (finally) and 50P is ready. Chris will show 50P at noon today. Jim will have all the outside lights wired and fixed on the 44 building today./ Meet John at Panera Bread./ Go back to Wales Ridge check on Mike/ he says 44F will be painted by this time tomorrow/ Meet Mick Dorsey at Wales Ridge to quote price to clean all 7 of the burn units. He will clean them all for $150 cash. | 9:10 | 11:40 | AM | 2.5 |
| | | | 1:00 | 4:30 | PM | 3.5 |
| July 10 | Wales R/ YorkShire | Meet John /take Bo's check to him/Go to Yorkshire to inspect halls to see if we got our moneys worth with all the cleaning that was charged to those halls. ABSOLUTELY NOT!!! There is dust on stair rails, above fire extinguishers, in laundry rooms, above the doors. Even a blind man could clean better than what I saw. Checked on 44 M to see if Merlin was there yet. I met Jim coming in as I left. | 4:10 | 6:30 | PM | 2.33 |
| | | | | | AM | |
| | | | | | PM | |

Date  July 7 to 10, 08   Total Hours On Page  15.33   Total Amount On Page  $240.00
                                                                            $306.60
                                                                            $646.60

Name  Wayne Maddy   Signature  _Wayne Maddy_

D00583

# Penson Property Daily Work and Invoice Log

| Date | Address/Unit | Daily Log<br>Brief Description Each Day—Problem/Solution | Start | End | AM/PM | Total |
|---|---|---|---|---|---|---|
| July 15, 2008 | Wales R/Yorkshire | Went to Yorkshire to see Chris Hylton / he would not answer his door. / Met Dave / walk through 44 ORS with John and Dave / try Chris again, this time he was gone / went to Thackery to talk to Bo, he wouldn't answer his door / went to Home Depot to get drain cleaner and light sensors. | 9:30 | 11:25 | AM | 1.9 |
| July 16, 2008 | Yorkshire/Thackery | Went to Chris Hylton / no answer / talked to Jim to see if he has seen Chris, I told Jim to call me if he sees Chris I'll come right back / Saw Chris's truck so I went back and talked with his GF, got keys to pickup, ote master key and asked her to have Chris to call me no matter what time he gets home from work. / Went to Thackery found Bo at home and got all his stuff and put it in the storage shed. Went to HomeDepot and bought padlock for shed | 10:50 | 2:10 | AM<br>PM | 3.25 |
| July 17, 2008 | Thackery | Met Dave and his son as they were working on the lights in garage. We figured out how they work and got them fixed so they work shut off during the day. Gave Dave Bo's keys / stopped by office talked to John and Sharon about Chris's phone call to me last night. / Took new contract to Chris and Amanda / Took check to Mick Dorsey. | 9:30 | 12:00 | AM<br>PM | 2.5 |
| July 21, 2008 | WR | Met Dave and talked about keys, appliances, landscape, painting, and cleaning / drove through Thackery | 9:30 | 10:45 | AM<br>PM | 1.25 |
| July 22, 2008 | Thackery / WR | Drove through Thackery, garbage is overflowing, may need to consider either a larger dumpster and twice a week pickup. / Went to WR and talked to Dave a few minutes. I think he is a good man and very capable of doing the job well. | 9:30 | 10:15 | AM<br>PM | 0.75 |
| July 24, 2008 | WR | Meet Mick Dorsey at building 44 to make sure he understands what we need for him to do. We walked through all three apartments and pointed out what needed to be done. I went to Thackery it looks as if someone is keeping the grounds picked up. Bought 3 gallons of Roundup $37.00 per gallon $111.00 it is almost $80 per gallon at Wal*Mart | 9:30 | 10:30 | AM<br>PM | 1.0 |

Month ___July 15 to July 24___  Total Hours On Page ___10.65___  Total Amount On Page $213.00 + $111.00 = $324.00

Name ___Wayne Maddy___  Signature ___Wayne Maddy___

D00584